USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Roman De Gabriel Rivera,

          Plaintiff,

    –v–

Lettire Construction Corp., et al.,

          Defendants.

21-cv-6006 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The initial pretrial conference scheduled for October 15, 2021, at 3:15 p.m., Dkt. No. 21, is adjourned sine die.

SO ORDERED.

Dated: October 4, 2021
       New York, New York

                           ALISON J. NATHAN
                         United States District Judge