

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2022

750 Third Avenue
25th Floor
New York, NY  10017

Billy H. Kim
d  646.454.3276
billy.kim@ropers.com

o  212.668.5927
f  212.668.5929
ropers.com

February 7, 2022

**Via ECF**

United States Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York

> **APPLICATION GRANTED:** The Case Management Conference on Thursday, February 24, 2022 at 11:30 a.m. is hereby rescheduled to **Wednesday, March 9, 2022 at 11:30 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 02/07/2022

Re:   *Ramon De Gabriel Rivera v. Lettire Construction Corp., Mott Center LLC, Redfern FRP LLC, and Phipps Houses*
Case No. 1:21-cv-06006-AJN

Dear Judge Parker:

This office is counsel for defendants Lettire Construction Corp., Mott Center LLC, Redfern FRP LLC, and Phipps Houses ("Defendants") in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices, we write to request an adjournment of the Case Management Conference set for February 24, 2022.

I will be not be in the office on February 24 – February 25, 2022.  Plaintiff's counsel has agreed to a brief adjournment and the parties are available on either February 28 or March 1, 2022.  No prior requests for an adjournment of this case management conference have been made by defendants. Additionally, no other dates would be affected by the requested extension.

Thank you for your time and consideration.

Respectfully submitted,

Ropers Majeski PC

Billy H. Kim

cc:
Holly Ostrov Ronai (HO-3923)
RONAI & RONAI, L.L.P.
Attorneys for Plaintiff
The Ronai Building
34 Adee Street
Port Chester, New York 10573
(914) 824-4777