```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
ROMAN DE GABRIEL RIVERA,

                          Plaintiff,

          -against-

LETTIRE CONSTRUCTION CORP., MOTT CENTER LLC,
REDFERN FRP LLC, and PHIPPS HOUSES,
                          Defendants.
--------------------------------------------------------------X

**21-CV-6006 (AJN) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On March 9, 2022, a case management conference where the Court extended the fact

discovery deadline to May 17, 2022, and the expert discovery to July 18, 2022.

       An in-person case management conference will be held on May 25, 2022, at 2:00 p.m. in

Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York.  Counsel and parties

are required to follow the Court's COVID-safety protocols and should review the Court's

website in advance of the conferences for the most up to date information.

**SO ORDERED.**

Dated:  March 9, 2022
      New York, New York

                                  _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge