**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROMAN DE GABRIEL RIVERA,

                  Plaintiff,

        -against-

LETTIRE CONSTRUCTION CORP., MOTT CENTER LLC,
REDFERN FRP LLC, and PHIPPS HOUSES,
                  Defendants.
-----------------------------------------------------------------X

21-CV-6006 (AJN) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022

**KATHARINE H. PARKER, United States Magistrate Judge:**

    As discussed at the May 25, 2022 case management conference, the parties are directed to meet and confer regarding a reasonable schedule for depositions. By June 1, 2022, parties shall file a letter outlining the proposed schedule for depositions.

**SO ORDERED.**

Dated:  May 26, 2022
           New York, NY

                                                    *Katharine H. Parker*
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge