```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROMAN DE GABRIEL RIVERA,

                 Plaintiff,                                                    21-CV-6006 (KPF) (KHP)

           -against-                                                   **ORDER**

LETTIRE CONSTRUCTION CORP., MOTT CENTER LLC,
REDFERN FRP LLC, and PHIPPS HOUSES,
                           Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      I regret that the parties have filed a series of letters (ECF Nos. 92-95) in contravention of my Individual Rules, available at https://www.nysd.uscourts.gov/Hon-Katharine-H-Parker. Under my Rules, any party wishing to raise a discovery dispute with the Court must first confer in good faith with the opposing party in an effort to resolve the dispute. If this meet-and-confer process does not resolve the dispute, the party may submit an ECF letter-motion to the Court explaining the nature of the dispute and requesting a conference. Such letter must include a representation that the meet-and-confer process occurred and state when it occurred. Any responsive letter should be submitted within 3 business days, and no reply letter is permitted. Clearly, the parties did not meet and confer regarding this dispute or request a conference to resolve the dispute, and Plaintiff improperly filed a reply. The parties shall follow the procedure articulated in my Rules for any future discovery disputes.

      The depositions of Defendants shall commence in the week of June 23, 2022, as previously scheduled, regardless of whether the Court permits further deposition of Plaintiff.

Counsel for Defendants shall submit a letter no later than June 22, 2022 that states how many hours of deposition of Plaintiff have already occurred and that lists the remaining issues to be explored during the deposition.

**SO ORDERED.**

Dated: June 17, 2022
      New York, New York

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge