```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
ROMAN DE GABRIEL RIVERA,

                      Plaintiff,                  21-CV-6006 (KPF) (KHP)

       -against-                                     **ORDER**

LETTIRE CONSTRUCTION CORP., MOTT CENTER LLC,
REDFERN FRP LLC, and PHIPPS HOUSES,
                      Defendants.
---------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the July 11, 2022 Case Management Conference:

       Defendants may depose Plaintiff for an additional three hours.

       The Court will extend the time for the deposition of Plaintiff in the event Plaintiff does not agree to stipulate to his knowledge regarding certain videos of the accident and his memory as to the events depicted in the videos. The Parties shall file a joint letter by **July 25, 2022**, informing the Court whether Plaintiff agrees to such stipulations.

       The Parties are directed to meet and confer regarding rescheduling depositions of third-party witnesses. In the event the Parties agree to reschedule the depositions, the depositions may be rescheduled. If the Parties do not agree to reschedule the depositions, the depositions shall move forward as currently scheduled.

**SO ORDERED.**

Dated: July 12, 2022
       New York, New York

                                                             *Katharine H. Parker*
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge