```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROMAN DE GABRIEL RIVERA,

                            Plaintiff,

           -against-                                            21-CV-6006 (KPF) (KHP)

LETTIRE CONSTRUCTION CORP., MOTT CENTER LLC,          **ORDER**
REDFERN FRP LLC, and PHIPPS HOUSES,

                            Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        As discussed at the November 10, 2022 Case Management Conference, the deadline for expert discovery is extended to **Friday, February 10, 2023**. All expert disclosures and reports are due by **Wednesday, January 18, 2023.**

        By **Friday, December 30, 2022,** the parties shall file a joint status letter updating the Court on the status of discovery and whether the parties would like to schedule a settlement conference.

**SO ORDERED.**

Dated:  November 10, 2022
          New York, New York

                                                                _Katharine H. Parker_____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge