USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROMAN DE GABRIEL RIVERA,

                        Plaintiff,

        -against-

LETTIRE CONSTRUCTION CORP., MOTT CENTER LLC,
REDFERN FRP LLC, and PHIPPS HOUSES,
                        Defendants.
------------------------------------------------------------------X

21-CV-6006 (KPF) (KHP)

**CASE MANAGEMENT CONFERENCE CONVERSION ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter scheduled for **Tuesday, February 14, 2023, at 2:15 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:    New York, New York
               February 13, 2023

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge