USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ROMAN DE GABRIEL RIVERA,

                Plaintiff,                            21-CV-6006 (KPF) (KHP)

        -against-                                **ORDER**

LETTIRE CONSTRUCTION CORP., MOTT CENTER LLC,
REDFERN FRP LLC, and PHIPPS HOUSES,
                Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the February 14, 2023 Case Management Conference, the parties shall file a joint status letter on **Tuesday, February 28, 2023** updating the Court on the status of expert discovery. The letter shall state whether the parties require additional time for completion of expert discovery and whether the parties would like the Court to schedule a remote settlement conference following the close of expert discovery.

      **SO ORDERED.**

DATED:      New York, New York
                 February 14, 2023

                                                       _Katharine H. Parker_
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge