```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED:    07/26/2023            │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ROMAN DE GABRIEL RIVERA,

                Plaintiff,               **21-CV-6006 (KPF) (KHP)**

      -against-                  **ORDER SCHEDULING SETTLEMENT**
                                      **CONFERENCE**

LETTIRE CONSTRUCTION CORP., MOTT CENTER LLC,
REDFERN FRP LLC, and PHIPPS HOUSES,
                        Defendants.
------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Tuesday, November 14, 2023 at**

**10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New

York.  Parties must attend in-person with their counsel.  Corporate parties must send the

person with decision making authority to settle the matter to the conference.  The parties are

instructed to complete the Settlement Conference Summary Report and prepare pre-

conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-

conference submissions must be received by the Court no later than **November 7, 2023 by 5:00**

**p.m.**

         **SO ORDERED.**

DATED:     New York, New York
           July 26, 2023

                             *Katharine H Parker*
                       _____
                       KATHARINE H. PARKER
                       United States Magistrate Judge