

750 Third Avenue
25th Floor
New York, NY  10017

Billy H. Kim
d  646.454.3276
billy.kim@ropers.com

o  212.668.5927
f  212.668.5929
ropers.com

September 14, 2023

**Via ECF**
United States Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2023
```

**MEMO ENDORSED**

      Re:    *Ramon De Gabriel Rivera v. Lettire Construction Corp., et al.*
             Case No. 1:21-cv-06006-AS-KHP

Dear Judge Parker:

      This office represents defendants Lettire Construction Corp., Mott Center LLC, Redfern FRP, LLC, Phipps Houses, Rockaway Village III Housing Development Fund Corporation, FRV Phase 3 LIHTC LLC And Mooregroup Corporation in the above-referenced matter. We submit this joint letter with regard to the upcoming settlement conference currently scheduled for November 14, 2023.

      Due to a scheduling conflict with one of our clients, Defendants are no longer available on November 14, 2023, and plaintiff's counsel has agreed to adjourn the settlement conference for the week of November 28 – December 1, 2023. To that end, and with plaintiff's consent, Defendants respectfully request that the settlement conference be adjourned accordingly.

      Thank you for your consideration and attention to this matter.

                                              Respectfully submitted,

                                              Ropers Majeski PC

                                              Billy H. Kim

cc:     RONAI & RONAI, L.L.P.
         Attorneys for Plaintiff
         34 Adee Street
         Port Chester, New York 10573
         (914) 824-4777

**APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for Tuesday, November 14, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, December 5, 2023 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>November 28, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

**09/14/2023**