UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAN DE GABRIEL RIVERA,

                Plaintiff,

-against-

LETTIRE CONSTRUCTION CORP., et al.,

                Defendants.

21-CV-6006 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court will hold a hearing on the pending summary judgment motions on Monday, November 13, 2023, at 1:00 PM. The parties should dial in by calling +1 646-453-4442,,602448567#. The parties should also be prepared to discuss dates for trial over the next 90 days.

    SO ORDERED.

Dated: November 8, 2023
       New York, New York

                                    ARUN SUBRAMANIAN
                                    United States District Judge