UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROMAN DE GABRIEL RIVERA,<br><br>         Plaintiff,<br><br>-against-<br><br>LETTIRE CONSTRUCTION CORP., et al.,<br><br>         Defendants. | 21-CV-6006 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The hearing currently scheduled for November 13, 2023, is hereby ADJOURNED to Friday, November 17, 2023, at 2:00 PM. It will **now be held in Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: November 13, 2023
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge