UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROMAN DE GABRIEL RIVERA,<br><br>        Plaintiff,<br><br>  -against-<br><br>LETTIRE CONSTRUCTION CORP., et al.,<br><br>        Defendants. | 21-CV-6006 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties are hereby ORDERED to order the transcript from the November 17 hearing and have it filed on the docket.

  SO ORDERED.

Dated: November 20, 2023
    New York, New York

                    ARUN SUBRAMANIAN
                   United States District Judge