UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROMAN DE GABRIEL RIVERA,

              Plaintiff,

-against-

LETTIRE CONSTRUCTION CORP., et al.,

              Defendants.

21-CV-6006 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    The parties should meet and confer to reduce the number of witnesses to at most 10 per side, absent exceptional cause as to why any additional witnesses are needed. The parties should submit revised witness lists by Monday, January 8, 2024.

    SO ORDERED.

Dated: December 27, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge