UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROMAN DE GABRIEL RIVERA,<br><br>                             Plaintiff,<br><br>-against-<br><br>LETTIRE CONSTRUCTION CORP., et al.,<br><br>                            Defendants. | 21-CV-6006 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The final pretrial conference currently set for January 11, 2024, is hereby ADJOURNED to January 17, 2024, at 12:30 PM. It will be held in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: January 2, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                              United States District Judge