UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAN DE GABRIEL RIVERA,

                Plaintiff,

-against-

LETTIRE CONSTRUCTION CORP., et al.,

                Defendants.

21-CV-6006 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      The parties have notified the Court that they have a settlement in principle. Given that trial is scheduled to begin next week, the parties are hereby ORDERED to finalize their agreement and enter the dismissal with prejudice by tomorrow, January 25, 2024, at 5:00 PM. Otherwise, this case will proceed to trial.

      SO ORDERED.

Dated: January 24, 2024
       New York, New York

                                    ARUN SUBRAMANIAN
                                    United States District Judge